### POPE *et al.* v. LEE.

ATKINSON, J.  A proceeding under Civil Code sections 5333 and 5334, to abate a mill nuisance, is not a matter falling within the jurisdiction of the court of ordinary as such court, and from a decision of that court in regard to such a matter an appeal will not lie to the superior court. *Harrell* v. *Pickett,* 43 *Ga.* 271; *Cunningham* v. *U. S. Loan Co.,* 109 *Ga.* 616 (34 S. E. 1024); *Rigell* v. *Sirmans,* 123 *Ga.* 455 (51 S. E. 381); *Fontano* v. *Mozley & Co.,* 121 *Ga.* 46 (48 S. E. 707).

*Judgment affirmed. All the Justices concur.*
AUGUST 16, 1912.

Appeal.  Before Judge Roan.  Clayton superior court.  August 28, 1911.

*A. H. Davis,* for plaintiffs.

*J. F. Golightly* and *W. T. Kimsey,* for defendant.